IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNNIE A. HALL                                                              PLAINTIFF

v.                           No. 4:20-cv-1455-DPM

VA HOSPITAL, Little Rock                                                DEFENDANT

JUDGMENT

Hall's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2020